IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDRICK CAPPS<br><br>*Plaintiff.*<br><br>v.<br><br>MONDELEZ GLOBAL LLC<br><br>*Defendant.* | CIVIL ACTION<br>NO. 14-04331 |

## ORDER

**AND NOW**, this 24th day of November, 2015, upon consideration of Fredrick Capps's ("Capps") Motion for Partial Summary Judgment (ECF No. 47) and Mondelez Global LLC's ("Mondelez") opposition (ECF No. 52), and Mondelez's Motion for Summary Judgment (ECF No. 34), Capps's opposition (ECF No. 57) and Mondelez's reply (ECF No. 58), it is **ORDERED** that:

1. Capps's Motion for Partial Summary Judgment is **DENIED**;

2. Mondelez's Motion for Summary Judgment is **GRANTED**;

3. Judgment is entered in favor of Mondelez and against Capps.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.