UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-3839

FREDRICK CAPPS,
　　　　　　　　　　　　　　Appellant

v.

MONDELEZ GLOBAL, LLC

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-14-cv-04331)
District Court Judge: Honorable Gerald J. Pappert

Argued July 12, 2016

Before: FUENTES[*], SHWARTZ and RESTREPO, *Circuit Judges*

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued July 12, 2016.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered November 24, 2015 is AFFIRMED.

---

[*] Honorable Julio M. Fuentes assumed senior status on July 18, 2016.

Costs taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: January 30, 2017

Costs taxed in favor of Appellee as follows:

Brief.................................$52.79
Supplemental Appendix.....$33.43

Total..................................$86.22

Certified as a true copy and issued in lieu of a formal mandate on 02/21/17

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**