IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDRICK CAPPS** | : | CIVIL ACTION |
| v. | : | |
| **MONDELEZ GLOBAL, LLC** | : | NO. 14-cv-4331 |

## JUDGMENT

**AND NOW**, this 2nd day of March, 2017, judgment is hereby entered in favor of Mondelez Global, LLC, and against Fredrick Capps, in the amount of $ 4,009.73.

KATE BARKMAN
Clerk of Court

By: *[signature]*

Diane Michalik, Esquire
Deputy Clerk